IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | NO.10-CR-30142-WDS |
| JESSE L. ROBINSON ) | |
| Defendant. ) | |

## ORDER

**STIEHL, District Judge:**

The Defendant, who was sentenced on this date, has elected to begin his sentence immediately, therefore, the Court **HEREBY DIRECTS** the United States Marshals Service to take the defendant into custody so that he may begin serving the sentence imposed.

IT IS SO ORDERED.

DATE:   11 February, 2011

/s/ WILLIAM D. STIEHL
DISTRICT JUDGE